1  John D. Guerrini (190972)
   THE GUERRINI LAW FIRM
2  106 South Mentor Avenue, Suite 150
   Pasadena, CA 91106
3  626-229-9611 telephone
   626-229-9615 facsimile
4  guerrini@guerrinilaw.com
   Attorneys for Plaintiff and Judgment
5  Creditor AETNA LIFE & CASUALTY COMPANY

6  [16368]

RECEIVED
OCT 16 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA LIFE & CASUALTY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK L. SGAMBELLURI, <br><br> Defendant. | CASE NO. CV-14-80179-MISC CW <br><br> Honorable _____ <br><br> [PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER |

Based upon Plaintiff's Request and Order for Service of Process by Registered Process Server, and upon finding of good cause,

IT IS HEREBY ORDERED that American Legal Support Services, Inc. who is at least 18 years of age of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

Dated: 10/21/2014                          _____
                                            Judge of the United States District Court

-1-

[PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED
PROCESS SERVER